■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALONZO MADISON, Appellant. (Appeal No. 2.) [964 NYS2d 442]— Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), rendered February 10, 2011. The judgment convicted defendant, upon a nonjury verdict, of criminal contempt in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously reversed on the law and a new trial is granted.

Same memorandum as in *People v Madison* (106 AD3d 1490 [2013]). Present—Smith, J.P., Fahey, Peradotto, Lindley and Whalen, JJ.